**Abatement Order filed January 11, 2022.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-21-00413-CV
_____

**34TH S&S, LLC D/B/A CONCRETE COWBOY AND DANIEL JOSEPH WIERCK, Appellants**

**V.**

**KACY CLEMENS AND CONNER CAPEL, Appellees**

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2019-07278**

---

## ABATEMENT ORDER

On December 2, 2021, this court granted the trial court's court reporter an extension of time to December 27, 2021 to file the reporter's record in this case. In granting this extension, this court noted that no further extensions would be granted absent exceptional circumstances. As of the date of this order, the reporter's record has not been filed with the court. The trial and appellate courts

are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Because the reporter's record has not been filed timely as ordered, we issue the following order.

We direct the judge of the **113th District Court** to conduct a hearing at which the court reporter, appellant's counsel, and appellee's counsel shall participate (a) to determine the reason for failure to file the record; (b) to establish a date certain when the reporter's record will be filed, and (c) to make findings as to whether the court reporter should be held in contempt of court for failing to file the reporter's record timely as ordered. We order the court to prepare a record, in the form of a reporter's record, of the hearing. The judge shall make findings of fact and conclusions of law and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings and conclusions. The hearing record and supplemental clerk's record shall be filed with the clerk of this court **within 30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. If the court reporter files the record before the date set for the hearing, the appeal will be reinstated, and the trial court need not hold a hearing.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.